IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs.                                                    )<br>)<br>JOHN LOVE,                                 )<br>)<br>    Defendant.                            ) | CRIMINAL NO. 04-0189-02-CG |

### ORDER

This matter is before the court on defendant's motion for new trial or in the alternative, motion for reconsideration or motion to reduce sentence (Doc. 68). Although filed as a Rule 33 motion for new trial, the purpose of defendant's motion is to obtain a reduction of his sentence. Defendant pleaded guilty, and was adjudged guilty, on November 16, 2004. He did not go to trial, nor has he filed a motion to withdraw his guilty plea. Therefore, to the extent the motion seeks a "new" trial under Rule 33, F.R.Cr.P., it is denied.

Defendant essentially asks to be re-sentenced because he feels the sentence was too harsh. The motion asserts that if the court had been apprised of his alleged illiteracy and mental disability, the sentence would have been different.   The court knows of no mechanism for re-sentencing or reducing the sentence of a defendant on grounds such as those alleged here. Even if such a procedure were available, the court was adequately apprised of what the defendant terms his "mental disability". The presentence investigation report in this case notes the defendant's "below-average" intelligence, and the fact that he dropped out of school in the ninth grade after receiving low marks.  It also notes that while in school, the defendant was enrolled in special education classes.  The court thus was aware of

defendant's mental status when it applied the guidelines and sentenced the defendant accordingly.

For the foregoing reasons, the motion is **DENIED.**

**DONE and ORDERED** this 31st day of May, 2005.

              /s/   Callie V. S. Granade
              CHIEF UNITED STATES DISTRICT JUDGE